MARY ELLMANN TANG, ESQ. (BAR #154340)
LAW OFFICES OF MARY ELLMANN TANG
111 Deerwood Road, Suite 388
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorney for Creditor
WESTAMERICA BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>EARL F. DIMAGGIO and<br>CONNIE S. DIMAGGIO,<br><br>Debtors.<br>_____/ | Case No. 09-45929-RJN-13<br>Chapter 13<br><br>STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY |

WESTAMERICA BANK ("Creditor"), through its attorney of record, Mary Ellmann Tang, Esq., and the above-captioned Debtors, EARL F. DIMAGGIO and CONNIE S. DIMAGGIO ("Debtors"), through their attorney of record, Patrick Forte, Esq., hereby stipulate and agree as follows:

1. The automatic stay in this proceeding pursuant to 11 U.S.C. §362 is vacated and shall terminate forthwith to permit Creditor to proceed with its rights and remedies pursuant to the written contractual agreement dated July 2, 2006 and state law with respect to the 2000 Carriage Trailer ("trailer"), including, but not limited to sale of the same.

2. It is agreed if there is any deficiency balance remaining after the sale of the vehicle, it shall be subject to the Chapter 13 petition filed by the Debtor.

3. If this case is converted to another chapter, this order shall be binding and of full force and effect.

09/25/2009 08:00 FAX 15102665589 MARTHA BRONITSKY CHP 13 002/002
From: 08/21/2009 15:13 #912 P.003/003

4. This Stipulation may be signed in counterparts.

5. Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

LAW OFFICES OF PATRICK L. FORTE

Dated: 9/21/09

_____
PATRICK FORTE, ESQ.
Attorney for Debtors, EARL F.
DIMAGGIO and CONNIE S. DIMAGGIO

LAW OFFICES OF
MARY ELLMANN TANG

Dated: 9/21/09

_____
MARY ELLMANN TANG, ESQ.
Attorney for WESTAMERICA BANK

I have no objection

Dated: 9-22-09

_____
Martha G. Bronitsky, Chapter 13 Trustee

WAB1701.156

STIPULATION FOR RELIEF FROM THE AUTOMATIC STAY            2

Case: 09-45929   Doc# 20   Filed: 09/25/09   Entered: 09/25/09 10:39:43   Page 2 of 2