EDDIE R. JIMENEZ (CA SBN 231239)
MATTHEW R. CLARK (CA SBN 271054)
ERIN L. LANEY (CA SBN 259863)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>EARL FRANCIS DIMAGGIO AND<br>CONNIE SUE DIMAGGIO,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-45929-WJL<br><br>Chapter 13<br><br>R.S. No. JCD-353<br><br>**DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION**<br><br>DATE: December 1, 2010<br>TIME: 10:30 am<br>CTRM: 220<br><br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

I, \_\_\_\_Teressa J. Williams\_\_\_\_, declare as follows: **VP of Loan Documentation**

1. I am over 18 years of age and am employed as a _____ of Wells Fargo Home Mortgage ("WFHM"), a division of Wells Fargo Bank, N.A. In such capacity, I am authorized to make this declaration regarding the loan (the "Loan") that is the subject of Bank of America, National Association's Order Granting Adequate Protection (the "Order") entered in the instant case.

2. I have access to WFHM's books and records regarding the Loan, including WFHM's

- 1 -

DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION
Matter ID: 000014-012502-M                                                                    Case No. 09-45929-WJL

Case: 09-45929   Doc# 47   Filed: 09/14/11   Entered: 09/14/11 13:06:43   Page 1 of 2

servicing records and copies of the applicable Loan documents. I am familiar with the manner in which WFHM maintains its books and records, including computer records relating to the servicing of the Loan. WFHM's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by WFHM in the regular course of WFHM's business. WFHM relies on such records in the ordinary course of its business.

3. The Order was entered in the instant case on February 28, 2011, which conditions the continuation of the automatic stay in this case on the performance by Earl Francis DiMaggio and Connie Sue DiMaggio ("Debtors") of certain obligations for the benefit of Bank of America, National Association. A true and correct copy of the Order is attached hereto as **Exhibit A** and incorporated herein by reference.

4. The Debtors defaulted upon their obligations under the Order by failing to make the payments due the July 1, 2011 post-petition payment in the amount of $2,046.52; the July 15, 2011 additional payment in the amount of $561.27 each; and less $453.67 held in suspense.

5. Bank of America, National Association caused a notice of default (the "Notice") identifying the default referenced in paragraph 4 to be served on the Debtors on July 26, 2011. A true and correct copy of the Notice is attached hereto as **Exhibit B**.

6. The August 1, 2011, post-petition payment in the amount of $2,046.52 and the August 15, 2011, additional payment in the amount of $561.27 are also now in default. Additionally, Bank of America, National Association has incurred attorneys' fees in the amount of $150.00 incident to the preparation of this declaration and the corresponding proposed order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in _____, _____ SC _____, this 1 day of Sept, 2011.

____Teressa J. Williams____  
*Print Declarant's Name*

____[signature]____  
*Signature of Declarant*

**VP of Loan Documentation**

- 2 -

DECLARATION OF DEFAULT UNDER ORDER GRANTING ADEQUATE PROTECTION  
Matter ID: 000014-012502-M    Case No. 09-45929-WJL